UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASEN LYNN DUSHANE,<br><br>    Plaintiff,<br><br>    v.<br><br>SACRAMENTO COUNTY JAIL,<br><br>    Defendant. | No. 2:13-cv-2518-EFB P<br><br><br><br>ORDER |

Plaintiff, a prisoner[1] currently housed in the Sacramento County Jail, is proceeding without counsel in an action brought under 42 U.S.C § 1983. He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

Section 1915(a)(2) requires a prisoner to "submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint …, obtained from the appropriate official of each prison at which the prisoner was confined." Plaintiff has submitted the required trust account statement, but it is not certified as required by the statute. He may comply with § 1915(a)(2) by having jail officials complete the "Certificate" portion of the form application for leave to proceed *in forma*

---

[1] For purposes of § 1915, "prisoner" includes "any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program." 28 U.S.C. § 1915(h).

1

1  *pauperis* or by submitting a trust account statement for the 6-month period immediately preceding
2  the filing of his complaint that has been certified by prison officials.
3      Accordingly, plaintiff has 30 days from the date this order is served to submit the required
4  certified trust account statement.  Failure to comply with this order may result in dismissal.  The
5  Clerk of the Court is directed to send to plaintiff a new form Application to Proceed In Forma
6  Pauperis by a Prisoner.
7      So ordered.
8  DATED: February 6, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2