UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASEN LYNN DUSHANE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY JAIL,<br><br>　　　　　Defendant. | No.  2:13-cv-2518-EFB P<br><br><br>ORDER FOR PAYMENT OF FILING FEE |

To:  The Sheriff of Sacramento County, Attention: Inmate Trust Account, 651 I Street, Sacramento, California, 95814:

　　　　Plaintiff is a jail detainee proceeding without counsel and in forma pauperis in an action brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

　　　　Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a).  Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance in plaintiff's account for the six-month period immediately preceding the filing of the complaint.  28 U.S.C. § 1915(b)(1).  Thereafter, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust account.  28 U.S.C. § 1915(b)(2).

/////

1

1    The agency having custody of plaintiff is required to forward to the Clerk of the Court the
2 initial partial filing fee, if funds exist, as well as payments from plaintiff's account each time the
3 amount in the account exceeds $10, until the filing fee is paid. *Id*.

4    The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's in forma
5 pauperis application (ECF No. 15) upon the Sheriff of Sacramento County and deliver a copy of
6 this order to the Clerk's financial division.

7    So ordered.

8 DATED: April 9, 2014.

                                            _____
9                                           EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE