UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASEN LYNN DUSHANE,<br><br>        Plaintiff,<br><br>   v.<br><br>SACRAMENTO COUNTY JAIL, et al.,<br><br>        Defendants. | No. 2:13-cv-2518-EFB P |
| JASEN LYNN DUSHANE,<br><br>        Plaintiff,<br><br>   v.<br><br>TERRY TOLIVER, et al.,<br><br>        Defendants. | No. 2:14-cv-2484-EFB P |
| JASEN LYNN DUSHANE,<br><br>        Plaintiff,<br><br>   v.<br><br>SACRAMENTO COUNTY MAIN JAIL, et al.,<br><br>        Defendants. | No. 2:15-cv-0136-TLN-CKD P |

| | |
|---|---|
| JASEN LYNN DUSHANE, | No. 2:15-cv-2319-CKD P |
| Plaintiff, | |
| v. | RELATED CASE ORDER |
| PHIL MASSA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in four civil rights actions against Sacramento County and staff at the county jail. Examination of the above-entitled actions reveals that the actions are related within the meaning of E.D. Cal. Local Rule 123. It would entail substantial duplication of labor if the actions were heard by different judges or magistrate judges. Accordingly, assignment of the same judge to all actions is likely to effect a substantial savings of judicial effort.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned. As plaintiff has filed a consent to proceed before a United States Magistrate Judge under 28 U.S.C. § 636 in the first two cases, no district judge will be assigned at this time. *See* E.D. Cal. Local Rules, Appx. A, at (k)(4).

IT IS THEREFORE ORDERED that the actions denominated 2:15-cv-0136-TLN-CKD P and 2:15-cv-2319-CKD P[1] be, and the same hereby are, reassigned to District Judge Troy L. Nunley and Magistrate Judge Edmund F. Brennan for all further proceedings. Henceforth the captions on all documents filed in these reassigned cases shall be shown as 2:15-cv-0136-TLN-EFB P or 2:15-cv-2319-TLN-EFB P.

/////

/////

/////

---

[1] Plaintiff has not filed a consent to proceed before a United States Magistrate Judge in this case. Accordingly, the Clerk will be directed to assign Judge Nunley to this case as well.

1    It is further ordered that the Clerk of the Court make appropriate adjustment in the
2 assignment of civil cases to compensate for this reassignment.
3    So ordered.
4 DATED:  December 10, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE