1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JASEN LYNN DUSHANE,                        No. 2:13-cv-2518-EFB P

12                Plaintiff,

13         v.

14   SACRAMENTO COUNTY JAIL, et al.,            ORDER TO WARDEN ISIDRO BACA

15                Defendants.

16

17         Plaintiff, a federal prisoner who spent some time incarcerated in the Sacramento County

18   Main Jail and is currently housed at the Northern Nevada Correctional Center, is proceeding

19   without counsel in a civil rights action brought against jail staff.  Plaintiff has been granted leave

20   to proceed *in forma pauperis*.  ECF No. 16.

21         Plaintiff has filed many motions asking for the court to order the warden and law librarian

22   at his current institution of incarceration to take certain steps to provide him with better access to

23   the courts.  ECF Nos. 39, 42, 46, 47.  The court ordered the warden to file a declaration detailing

24   plaintiff's law library access.  ECF No. 43 at 4.  Warden Baca has submitted the declaration,

25   along with a declaration of law librarian Pauline Simmons, and plaintiff has responded to those

26   declarations.  ECF Nos. 44, 46.  The court will defer consideration of  the majority of the

27   requested orders at this time in order to give defendants, who have yet to be served, an

28                                             1

1   opportunity to be heard on the issues.

2        However, plaintiff has raised one issue which merits more immediate attention.  He

3   declares that Ms. Simmons refuses to provide him with supplies for any of his cases that are not

4   being litigated in a Nevada court, despite his indigency.  ECF No. 42 at 1; ECF No. 46 at 2, 6-7.

5   Ms. Simmons concedes that plaintiff is "currently listed on the indigent supply list which affords

6   him access to legal materials free of charge," but she does not respond to plaintiff's allegation that

7   she will not provide him with materials for his non-Nevada cases.  ECF No. 44 at 10.  Plaintiff

8   has provided the court with a copy of a grievance he filed, in which he stated: "Today I was

9   forced to trade my food to supply myself with a stamp to file a motion with California Federal

10  1983 U.S. Dist. Court # 2:15-cv-136.  Based on Law Library Simmons' [sic] refusal to supply

11  envelopes for California cases."  ECF No. 46 at 22.  The response received by plaintiff read:

12  "You have been advised in multiple grievances that it is the policy of the NDOC [Nevada

13  Department of Corrections], NNCC [Northern Nevada Correctional Center] Administration to

14  deny you supplies due to your California cases."  *Id.* at 21.  While Warden Baca and Ms.

15  Simmons indicate that e-filing is available at the prison, plaintiff avers that it is only available for

16  the federal court in Reno.  ECF No. 46 at 3-4, 17.

17       "It is indisputable that indigent inmates must be provided at state expense with paper and

18  pen to draft legal documents, with notarial services to authenticate them, and with stamps to mail

19  them."  *Bounds v. Smith*, 430 U.S. 817, 824-25 (1977).  Warden Baca and Ms. Simmons do not

20  dispute plaintiff's indigent status.  ECF No. 44 at 2, 10.  Plaintiff was housed in a California

21  institution prior to his current address and has at least three active civil rights cases cases in

22  California courts.  The supplies mandated by *Bounds* do not change depending on the jurisdiction

23  in which the litigation is pursued.

24  /////

25  /////

26  /////

27  /////

28                           2

1       Accordingly, and pursuant to the authority provided by the All Writs Act, 28 U.S.C.

2  § 1651(a), the court hereby ORDERS Warden Isidro Baca and law librarian Pauline Simmons to

3  provide plaintiff with adequate postage to mail his legal documents to the courts in which plaintiff

4  has active cases pending.  The Clerk shall serve a copy of this order on Warden Baca at the

5  address provided in ECF No. 43.

6  DATED:  December 29, 2015.

7                        EDMUND F. BRENNAN
                         UNITED STATES MAGISTRATE JUDGE