UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASEN LYNN DUSHANE,<br><br>        Plaintiff,<br><br>   v.<br><br>SACRAMENTO COUNTY JAIL,<br><br>        Defendant. | No. 2:13-cv-2518-EFB P<br><br><br><br>ORDER |

Plaintiff is proceeding without counsel in this civil rights action. He has filed several motions alleging the inadequacy of his access to research materials and supplies at his current institution of incarceration, Northern Nevada Correctional Center. ECF Nos. 39, 42, 46. Pursuant to Local Rule 230(*l*), defendants shall file an opposition to these motions, or a statement of non-opposition, not more than 21 days from the date of this order.

So ordered.

DATED: February 24, 2016.

                                       EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE